```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC DICKERSON                  :    CIVIL ACTION
                                :
          v.                    :
                                :
SCI GRATERFORD, et al.          :    NO. 10-7177
```

ORDER

AND NOW, this 30th day of August, 2011, upon consideration of the motions to dismiss of all of the defendants in this case, the plaintiff's opposition thereto, and on-the-record telephone conferences on these motions, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

1. The Motion to Dismiss of Mercy Suburban Hospital, Dr. Christopher Bruce, Dr. Dominic Bontempo, and Dr. Michael Schorr (Docket Nos. 22 & 63) is GRANTED.

2. The Motion to Dismiss of Prison Health Services, Dr. Richard Stefanic, Dr. Bruce Blatt, Dr. John Zaro, and Dr. Felipe Arias (Docket No. 38) is GRANTED.

3. The Motion to Dismiss of SCI-Graterford and the Bureau of Health Care Services (Docket No. 10) is GRANTED.

      4.   The Motion to Dismiss of Joseph Korszniak, Barbara March, Wendy Shaylor and Dorina Varner (Docket No. 42) is GRANTED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.